| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Pla-1 | May 5, 2015 Email from Angela Brown to Russell Bearden |
| Pla-3 | May 29, 2015 Report of Russell Bearden concluding investigation regarding Angela Brown |
| Pla-5 | September 26, 2017 Report and Affidavit of Russell Bearden regarding his Investigation of Angela Brown Sexual Harassment Complaint |
| Pla-7 | August 9, 2017 Complaint of Gail Harness regarding Sexual Harassment by William Jones |
| Pla-8 | August 9, 2017 Email from Angie Perez to William Jones Critical of Gail Harness |
| Pla-13 | March 5 2018 Complaint of Nicole Lucas Alleging Sexual Harassment by William Jones |
| Pla-14 | March 14, 2018 Letter from Mayor Terry to Tim Isbell with Eight Attachments |
| Pla-15 | September 26, 2017 Report and Affidavit of Russell Bearden with Six Attachments |
| Pla-16 | September 7, 2017 Anonymous Sexual Harassment Complaint Received by Russell Bearden |
| Pla-17 | July 21, 2016 Email from Mayor Terry Frank to Russell Bearden regarding a Call from Gail Harness` Husband |
| Pla-18 | August 15, 2016 Employee Status Change Form Increasing Gail Harness` Salary and Making her Full-Time |
| Pla-20 | October 3, 2016 Employee Status Change Form Increasing Gail Harness` Salary |
| Pla-21 | February 8, 2018 Email regarding HR Advisory Committee Minutes of October 12, 2016, in which neither William Jones nor Mayor Terry Frank Attended or Signed New Harassment Policies |
| Pla-23 | February 9, 2017 Employee Warning Notice for Gail Harness signed by William Jones |
| Pla-24 | March 30, 2017 Employee Warning Notice for Gail Harness |
| Pla-26 | Anderson County Resolution Censuring William Jones |
| Pla-27 | Anderson County Policy and Procedures on Harassment |
| Pla-29 | United States Life Tables for 2017 |
| Pla-30 | Collective Exhibit of All Newspaper Articles |
| Pla-32 | March 3, 2015 Notes of Russell Bearden regarding Complaints against William Jones |
| Pla-33 | updated Snapchat Messages Between William Jones and Gail Harness |
| Pla-34 | September 11, 2017 Interview Notes of Russell Bearden regarding Kaylee Winstead |
| Pla-35 | February 27, 2018 Affidavit of Russell Bearden regarding May 2015 Sexual Harassment Complaint and Conversations with Mayor Terry Frank |
| Pla-36 | March 23, 2018 Written Statement of Amy Ogle regarding Harassment by William Jones |
| Pla-37 | June 12, 2018 Memo from Kim Jeffers-Whitaker to Investigative File (edited in Court on 6/21/2021-August 27, 2013) |
| Pla-38 | March 14, 2018 Affidavit of Valerie Walker regarding Sexual Harassment by William Jones |
| Pla-39 | October 17, 2017 Typed Notes of Meeting by Kim Jeffers-Whitaker |
| Pla-42 | March 19, 2018 Email Chain |
| Pla-51 | Gail Harness` FMLA Certification Form from CareHere Clinic Records |
| Pla-53 | September 14, 2017 Sworn Statement of Tracy Spitzer (mislabeled as Tracy Spencer) |
| Pla-54 | September 14, 2017 Sworn Statement of Kaylee Winstead |
| Pla-55 | Screenshot of April 13, 2021 Anderson County Republican Party Facebook Post |
| Pla-56 | Amanda Surdock`s CV |
| Pla-57 | September 28, 2017 Campaign Contribution from Terry Frank to William Jones |
| Pla-58 | Terry Frank Candidate Nominating Petition, Signed by William Jones |
| Pla-59 | William Jones Candidate Nominating Petition, Signed by Terry Frank |
| Pla-60 | Photographs of William Jones |